

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00072-CR

Rickey Dwayne **JONES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8974
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 15, 2020.

_____
Beth Watkins, Justice